UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN CENTER FOR PAIN
MANAGEMENT, PLLC,

    Plaintiff,

v.

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA, et al.,

    Defendants.
_____/

Case No. 20-10827

Stephanie Dawkins Davis
United States District Judge

## ORDER CONSOLIDATING CASES

On October 16, 2018, a Greyhound bus accident injured Plaintiff Bridgette Eubanks. Three lawsuits were subsequently filed in this court relating to the October 16, 2018 accident and Eubanks' entitlement to insurance benefits: *Eubanks v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA, et al.*, Case No. 19-13582, *Am. Ctr. for Pain Mgmt., PLLC v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA, et al.*, Case No. 20-10827, and *Spine Specialists of Michigan, P.C. et al. v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA, et al.*, Case No. 20-12218. On November 19, 2020, this court issued show cause orders in each case, ordering the parties to show cause why the cases should not be consolidated. The court's orders stated that failure to respond would result in consolidation of the cases. Three Plaintiffs in *Spine Specialists*—Reliable Medical Supply, LLC, Diagnostic Solutions, PLLC,

and Spine Specialists of Michigan, P.C.—answered the court's show cause order stating that they did not oppose consolidation.  (Case No. 20-12218, ECF Nos. 6, 7, 8).  No other parties responded to the court's show cause orders.

Pursuant to Fed. R. Civ. P. 42(a), a court may consolidate cases that involve common questions of law or fact.  The decision to consolidate is in the discretion of the district court.  *Cantrell v. GAF Corp*, 999 F.2d 1007, 1011 (6th Cir. 1993).  This court has determined that all three cases involve Eubanks' October 16, 2018 accident and her entitlement to insurance benefits.  None of the parties that answered the court's show cause order object to consolidation of the cases, and the remaining parties declined to respond to the court's show cause order.  Accordingly, the following cases are HEREBY CONSOLIDATED: 4:19-cv-13582, 4:20-cv-10827, and 4:20-cv-12218 for all purposes, including trial.  From this date forward, all motions shall be filed in the earliest case number, or case number 4:19-cv-13582.  Any motions that are currently pending in cases 4:20-cv-10827 and 4:20-cv-12218 shall be re-filed in case number 4:19-cv-13582.  The court will hold a status conference in this matter to discuss the consolidation of these cases on **January 14, 2021 at 2:00 p.m**.

SO ORDERED.

Dated: January 8, 2021

s/Stephanie Dawkins Davis
HON. STEPHANIE DAWKINS DAVIS
United States District Court Judge